No. 105. Sargeant *v.* Grimes. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Frederick E. Dickerson* for petitioner. *Mr. Max P. Zoll* for respondent.

No. 106. McCutchan *v.* United States. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Clyde Taylor* and *D. Heywood Hardy* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 108. Central Railroad Company of New Jersey *v.* State Tax Comm'n et al. October 8, 1934. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. Alex. H. Elder* and *Maximilian M. Stallman* for petitioner. *Mr. Duane E. Minard* for respondents.

No. 109. Pacific Western Oil Co. *v.* McDuffie, Receiver, et al. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas A. J. Dockweiler* for petitioner. *Messrs. Atlee Pomerene, Frank Harrison, Robert B. Murphey, Norman S. Sterry, H. W. O'Melveny,* and *Alex. Macdonald* for respondents.

No. 111. Bandes *v.* Commissioner of Internal Revenue. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Allen G. Gartner* for petitioner. *Solici-*